# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Kareem A. Kirk, et al.,

    Plaintiff(s),

vs.

Peter Gilchrist, et al.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:07-cv-392-1

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 9, 2007 Order.

**Signed: October 9, 2007**

Frank G. Johns, Clerk
United States District Court